IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  )
Joseph Z. Zucchero  )   Bankruptcy No. 17 B 25299
)   Chapter 7
)
Debtor  )   Judge LaShonda A. Hunt
)

## DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Joseph Z. Zucchero by and through his attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on August 24, 2017.

2. The case was converted to a Chapter 7 on the motion of a creditor on November 15, 2017.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:   NONE

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case: None, except income received by the Debtor from his employment.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:   NONE

Respectfully submitted,

By: /s/ Joseph Z. Zucchero
Joseph Z. Zucchero

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265